UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

mCom IP, LLC

        Plaintiff,

v.                                                22-cv-2046 (CM)

BACKBASE U.S.A. INC.,

        Defendant.

---------------------------------------------------------X

## NOTICE

McMahon, J.:

    The parties in the above captioned matter are directed to report to the court regarding the status of the PTAB *inter partes* review of the asserted patent and the plaintiff's opposition thereto.

Dated: September 27, 2022

*/s/ Colleen McMahon*
U.S.D.J.

BY ECF TO ALL COUNSEL